| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | |
| **ALLSTATE INSURANCE CO.,** *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> **SHMUEL BATUROV,** *et al.*, <br><br> Defendants. | 21-CV-02967 (BMC) <br><br> **DECLARATION OF DANIEL MARVIN IN SUPPORT OF MEMORANDUM OF LAW ADDRESSING THE COURT'S MAY 26, 2021 ORDER TO SHOW CAUSE WHY THE COMPLAINT SHOULD NOT BE DISMISSED FOR IMPROPER JOINDER** |

Daniel S. Marvin declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Partner with the firm of Morrison Mahoney LLP, attorneys for Plaintiffs Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property & Casualty Insurance Company (collectively, "Allstate") in the above-entitled action, and I am fully familiar with all the facts and circumstances in this matter.

2. I submit this declaration in support of Allstate's memorandum of law addressing the Court's May 26, 2021, Order to Show Cause why the Complaint in this action should not be dismissed for improper joinder for the limited purpose of introducing the relevant exhibit referenced in Allstate's memorandum of law and not available on the public docket.

3. Annexed hereto as Exhibit "A" is the transcript of the February 16, 2012 hearing before the Honorable John Gleeson in the matter *Allstate Ins. Co., et al. v. Khaimov et. al*, 11-CV-2391 (JG) (JMA) (E.D.N.Y. Feb. 16, 2012).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 2, 2021

                                                 \s\ Daniel S. Marvin
                                                 Daniel S. Marvin